# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 07/29/2025 |
| Case: 25−10253 | Form ID: ODSC7FI | Total: 38 |

**Recipients of Notice of Electronic Filing:**
```
ust     Office of the U.S. Trustee / SR      USTPRegion17.SF.ECF@usdoj.gov
tr      Michael G. Kasolas                   trustee@kasolas.net
aty     Evan Livingstone                     evanmlivingstone@gmail.com
```
                                                                           TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Jose Antonio Godoy Moreno       PO Box 355       Geyserville, CA 95441−0355
jdb         Enedina Villareal Godoy         PO Box 355       Geyserville, CA 95441−0355
smg         CA Franchise Tax Board          Bankruptcy Group        P.O. Box 2952       Sacramento, CA 95812−2952
smg         CA Employment Development Dept.        Bankruptcy Group MIC 92E       P.O. Box 826880       Sacramento, CA 94280−0001
15751564    Ally Financial, Inc     Attn: Bankruptcy       PO Box 380901       Bloomington, MN 55438−0901
15751563    Ally Financial, Inc     PO Box 380901       Bloomington, MN 55438−0901
15751566    Bank of America         Attn: Bankruptcy       4909 Savarese Cir       Tampa, FL 33634−2413
15751565    Bank of America         PO Box 982238       El Paso, TX 79998−2238
15751568    Cbna        Attn: Centralized Bankruptcy/Citicorp       PO Box 790034       Saint Louis, MO 63179−0034
15751567    Cbna        PO Box 6217       Sioux Falls, SD 57117−6217
15751570    Citi Card/Best Buy      Attn: Citicorp Cr Srvs Centralized Bankr       PO Box 790040       Saint Louis, MO 63179−0040
15751569    Citi Card/Best Buy      PO Box 6497       Sioux Falls, SD 57117−6497
15751572    Citibank/the Home Depot       Citicorp Cr Srvs/Centralized Bankruptcy       PO Box 790040       Saint Louis, MO 63179−0040
15751571    Citibank/the Home Depot       PO Box 6497       Sioux Falls, SD 57117−6497
15751574    Comenity Bank/Buckle      Attn: Bankruptcy       PO Box 182125       Columbus, OH 43218−2125
15751573    Comenity Bank/Buckle      PO Box 182789       Columbus, OH 43218−2789
15751576    Credit One Bank         Attn: Bankruptcy Department       6801 S Cimarron Rd       Las Vegas, NV 89113−2273
15751575    Credit One Bank         PO Box 98872       Las Vegas, NV 89193−8872
15751578    Discover Financial      Attn: Bankruptcy       PO Box 3025       New Albany, OH 43054−3025
15751577    Discover Financial      PO Box 30939       Salt Lake City, UT 84130−0939
15751580    Golden 1 Credit Union       Attn: Bankruptcy       8945 Cal Center Dr       Sacramento, CA 95826−3239
15751579    Golden 1 Credit Union       PO Box 279740       Sacramento, CA 95827−0740
15751582    Macy's/ DSNB        Atytn: Bankruptcy       701 E 60th St N       Sioux Falls, SD 57104−0432
15751581    Macy's/ DSNB        PO Box 6789       Sioux Falls, SD 57117−6789
15751583    Sonoma Federal Credit Union       1126 Montgomery Dr       Santa Rosa, CA 95405−4802
15751585    Synchrony Bank      Attn: Bankruptcy       PO Box 965060       Orlando, FL 32896−5060
15751584    Synchrony Bank      PO Box 71729       Philadelphia, PA 19176
15751587    Synchrony Bank/Care Credit      Attn: Bankruptcy       PO Box 965060       Orlando, FL 32896−5060
15751586    Synchrony Bank/Care Credit      PO Box 71757       Philadelphia, PA 19176
15751589    Synchrony Bank/Jcpenney     Attn: Bankruptcy       PO Box 965060       Orlando, FL 32896−5060
15751588    Synchrony Bank/Jcpenney     PO Box 71729       Philadelphia, PA 19176
15751591    Synchrony Bank/Tjx      Attn: Bankruptcy       PO Box 965060       Orlando, FL 32896−5060
15751590    Synchrony Bank/Tjx      PO Box 71737       Philadelphia, PA 19176
15751593    Target Nb       C/O Financial & Retail Services Mailstop       PO Box 9475       Minneapolis, MN 55440−9475
15751592    Target Nb       PO Box 673       Minneapolis, MN 55440−0673
```
                                                                           TOTAL: 35